COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAE SUNG HI CO., LTD., a South Korean Limited Liability Company; and FIRST 2 MARKET PRODUCTS, LLC, an Ohio Limited Liability Company,<br><br>        Plaintiff(s),<br><br>vs.<br><br>D&B SALES, INC., a Nevada Based Corporation; DALE IRWIN, an individual resident of the State of Nevada; and BOBBI IRWIN, an individual resident of the State of Nevada.<br>        Defendant(s). | Case No. 2:22-cv-00030-GMN-BNW |

## STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT (FIRST EXTENSION OF TIME)

COMES NOW, Defendants, D&B SALES, INC.,and DALE and BOBBI IRWIN by and through their attorney, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C. and DEREK R. NOACK, ESQ. on behalf of Plaintiffs, DAE SUNG HI CO., LTD., and FIRST 2 MARKET PRODUCTS, LLC., hereby stipulate as follows:

That this Stipulation to Extend Time to Answer Complaint will allow Defendants additional time to gather information which is relevant and responsive to the complaint. In addition, undersigned counsel will review claims/defenses which are responsive to the complaint.

**IT IS HEREBY STIPULATED AND AGREED** that all parties agree that the deadline for the Defendants to answer Complaint is extended to May 5, 2022.

## ORDER

**IT IS SO ORDERED**

**DATED:** 4:38 pm, April 27, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**